# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY MENA, | ) NO. EDCV 06-00788-SVW (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| D. OLLISON, WARDEN, | ) CONCLUSIONS, AND RECOMMENDATIONS |
| Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Petitioner's Objections to the Report and Recommendation with supporting Exhibits. The Court has conducted a *de novo* review of those matters to which objections have been stated.

The Court notes Petitioner's objection that all of the record citations set forth in the Report and Recommendation are incorrect. As the Magistrate Judge explained at pages 125-27 of the Report and Recommendation, Petitioner appears to be relying upon a version of the

1  Reporter's Transcript prepared during his trial, and *not* on the
2  certified version of the Reporter's Transcript prepared in connection
3  with Petitioner's state appellate proceedings.  The record citations set
4  forth in the Report and Recommendation are based on the state record
5  and, thus, are correct; Petitioner's assertion of error is without
6  merit.

8      Having completed its *de novo* review, the Court accepts and adopts
9  the Report and Recommendation.  IT IS ORDERED that:  (1) the Petition is
10 DENIED; and (2) Judgment shall be entered dismissing this action with
11 prejudice.

13     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
14 the Judgment herein on all parties.

16     LET JUDGMENT BE ENTERED ACCORDINGLY.

18 DATED: April 29, 2010

                                      _____
                                           STEPHEN V. WILSON
                                      UNITED STATES DISTRICT JUDGE